# UNITED STATES DISTRICT COURT

### for the
### Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>the email address: pinkavvy@hotmail.com | )<br>)<br>)<br>)<br>)<br>) |

Case No. MJ18-5086

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A, which is incorporated herein by reference.

located in the _____ Western _____ District of _____ Washington _____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B for a List of Items to be Seized.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21, U.S.C. § 841(a)(1) | Distribution of Controlled Substances. |

The application is based on these facts:

Please see Affidavit of U.S. Postal Inspector Michael Fischlin

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Michael Fischlin, U.S. Postal Inspector
*Printed name and title*

Sworn to before me pursuant to CrimRule 4.1.

Date: 4/4/18

_____
*Judge's signature*

City and state: Tacoma, Washington

J. Richard Creatura, United States Magistrate Judge
*Printed name and title*

FILED    LODGED
RECEIVED
APR 04 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                    DEPUTY

## AFFIDAVIT OF MICHAEL FISCHLIN

STATE OF WASHINGTON )
                     )   ss
COUNTY OF PIERCE     )

I, Michael Fischlin, an Inspector with United States Postal Inspection Service, Seattle, Washington, having been duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Postal Inspector with the USPIS and have been so employed since June 2016. I am currently assigned to the Seattle Division, Prohibited Mail Narcotics Team, where I investigate controlled substances transported via the United States Mail. I have attended a one-week training course presented by the USPIS addressing narcotics investigations and trends in narcotics mailings. At that training, subject matter experts taught current trafficking trends and suspicious parcel recognition.

2. Prior to becoming a Postal Inspector, I was employed as a Special Agent of the United States Secret Service ("USSS"). As part of my training, I completed the Federal Law Enforcement Training Center ("FLETC") Criminal Investigator Training Program as well as the USSS Special Agent Training Program. While employed by the USSS, I was trained in computer forensics. Prior to joining the USSS, I served four years of active duty in the United States Marine Corps as a military policeman.

3. As a Postal Inspector, I am authorized to investigate crimes involving federal offenses relating to the U.S. Postal Service. During the course of my law enforcement career, I have conducted or participated in criminal investigations involving access device fraud, bank fraud, computer fraud, counterfeit currency and securities, identity theft, illegal narcotics, mail theft, robbery, and wire fraud. My duties have included planning the execution of search warrants; securing and searching premises; seizing documents, records and other evidence; and interviewing witnesses.

4. The information in this Affidavit is based upon the investigation that I have conducted in this case, my conversations with other law enforcement officers who have

Affidavit of Inspector Fishlin - 1
USAO# 2017R01011

1 | engaged in various aspects of this investigation, and my review of reports written by
2 | other law enforcement officers involved in this investigation. Because this Affidavit is
3 | being submitted for the limited purpose of securing a search warrant, I have not included
4 | each and every fact known to me concerning this investigation. I have set forth only
5 | those facts that I believe are relevant to a determination of probable cause to support the
6 | issuance of the requested warrant. When the statements of others are set forth in this
7 | affidavit, they are set forth in substance and in part.

## PURPOSE OF AFFIDAVIT

9 |     5.    I make this affidavit in support of an application for a search warrant,
10 | pursuant to Title 18, United States Code, Section 2703, for a warrant to search the stored
11 | electronic communications contained in the following email account:

**pinkavvy@hotmail.com**

13 | (the "SUBJECT EMAIL ACCOUNT"), as well as all other subscriber and log records
14 | associated with this account. The SUBJECT EMAIL ACCOUNT is further described in
15 | Attachment A, which is attached to this affidavit and incorporated herein by reference.
16 | The SUBJECT EMAIL ACCOUNT is controlled by Microsoft. This application seeks a
17 | warrant to search the SUBJECT EMAIL ACCOUNT in order to seize the items listed in
18 | Attachment B, which is attached to this affidavit and incorporated herein by reference,
19 | for evidence, fruits, and instrumentalities of violations of drug trafficking, in violation of
20 | Title 21, United States Code, Section 841(a)(1).

21 |     6.    As discussed below, ALLEN LINT was selling drugs on the dark web
22 | under the handle "llamadaddy." LINT also purchased drugs on the dark web under the
23 | handle "Northwest Wizard" that he then further distributed. Finally, LINT possessed in
24 | his residence and elsewhere drugs that he intended to distribute, including 29.64 grams of
25 | cardstock containing approximately 3,683 doses of LSD. There is probable cause to
26 | believe that the SUBJECT EMAIL ACCOUNT contains evidence of LINT's drug
27 | trafficking.

28

Affidavit of Inspector Fishlin - 2
USAO# 2017R01011

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## SUMMARY OF PROBABLE CAUSE

**A.     The Dark Web**

7.      The Onion Router" or "TOR" network is a special network of computers on the Internet, distributed around the world, that is designed to conceal the true Internet Protocol ("IP") addresses of the computers accessing the network, and thereby the locations and identities of the network's users. TOR likewise enables websites to operate on the network in a way that conceals the true IP addresses of the computer servers hosting the websites, which are referred to as "hidden services" on the TOR network. Such "hidden services" operating on TOR have complex web addresses, which are many times generated by a computer algorithm, ending in ".onion" and can only be accessed through specific web browser software designed to access the TOR network. Most "hidden services" are considered dark web services with no legitimate or identified service provider to which legal process may be served.

8.      There are a number of marketplaces that have appeared on the dark web that have offered contraband for sale, including narcotics. Users typically purchase narcotics through these marketplaces using digital currency such as bitcoin.

9.      Bitcoin is a type of digital currency. Bitcoin payments are recorded in a public ledger that is maintained by peer-to-peer verification and is thus not maintained by a single administrator or entity. Bitcoins are widely used to conduct both legitimate and unlawful business. For example, Microsoft accepts bitcoins as payment for Xbox games and services. On the other hand, bitcoins were the payment used on the Silk Road, a website on the dark web that offered drugs and other contraband for sale.

**B.     Cooperating Defendant #1**

10.     Based on my investigation, and information relayed to me by other law enforcement personnel, I am aware that in May 2017, federal agents executed a search of

//

//

//

Affidavit of Inspector Fishlin - 3
USAO# 2017R01011

1  the residence of Cooperating Defendant #1 ("CD1").[1]  CD1 admitted that he/she was a

2  vendor on the dark web.  CD1 also advised agents that he/she had sold MDMA to a

3  person using the moniker "Northwest Wizard" via a dark web site that sold, among other

4  things, narcotics.  CD1 said that CD1 had sold drugs to Northwest Wizard[2] on fifteen to

5  twenty occasions, and that the quantities had increased over time, up to approximately

6  150 grams of LSD.  For each transaction, Northwest Wizard paid for the drugs using

7  bitcoins.  CD1 said that CD1 mailed the drugs to Northwest Wizard using the name and

8  address of: Christina Wynn 3024 112th Street East, Tacoma, Washington 98446.

9       11.     CD1 said that CD1 frequently communicated with Northwest Wizard via

10  encrypted messaging.  According to CD1, Northwest Wizard indicated that he/she was

11  reselling drugs.  Specifically, Northwest Wizard said that he/she had purchased a

12  recreational vehicle with the proceeds from the sale of one of the orders of MDMA that

13  CD1 had sold him/her.

14  **C.      Cooperating Defendant #2**

15       12.     In August 2017, federal agents arrested Cooperating Defendant #2

16  ("CD2"), who admitted to selling fentanyl on multiple dark web markets.[3]  CD2 said that

17  CD2 knew of a person using the moniker "NW Wizard" who purchased fentanyl on the

18  dark web and also sold LSD on the dark web.

19       13.     CD2 stated that CD2 delivered fentanyl in person to a man CD2 believed

20  was "NW Wizard" and that the address and telephone number for NW Wizard was saved

21  in one of CD2's cellphones as "Wizard" or "Wizards."  CD2 stated that NW Wizard lived

22  in a house in Tacoma with two women and CD2 believed they were in an open

23

24

---

25  [1] CD1 provided information in the hope of receiving reduced charges or to avoid being charged at all.  CD1 was
    involved in narcotics trafficking, and the Court should assume that CD1 had a drug problem, and a prior criminal

26  history that involved acts of dishonesty.
    [2] It appears that the user of Northwest Wizard often used the moniker as a single word.  For ease, two separate

27  words are used in this Affidavit.
    [3] As with CD1, CD2 provided information in the hope of receiving reduced charges or to avoid being charged at all.

28  CD2 was involved in narcotics trafficking, and the Court should assume that CD2 had a drug problem, and a prior
    criminal history that involved acts of dishonesty.

Affidavit of Inspector Fishlin - 4
USAO# 2017R01011

1  relationship.

2      14.    A search of CD2's telephones revealed that a contact was saved on both

3  telephones as "Wizards." On CD2's iPhone 5 the contact was saved as "Wizards" with a

4  telephone number of (206) 313-3546, and on the iPhone 6 the contact was saved as

5  "Wizards" with an address of 3024 112th St. E, Tacoma, WA 98446.  Using local and

6  law enforcement databases, a federal agent found that telephone number (206) 313-3546

7  is associated with a woman by the name Christina Marie Collins Wynn.

8  **D.    The Philadelphia Investigation**

9      15.    In September 2017, federal agents approached a person on the east coast

10 who admitted to being a dark web vendor, hereafter confidential source 1 ("CS1").[4]  CS1

11 told agents he/she used a dark web marketplace to sell fentanyl.  CS1 told agents that a

12 person in the Seattle, Washington area with a moniker "Northern Wizard"[5] had ordered

13 gram amounts of fentanyl from CS1 in the past.  CS1 further explained that "Northern

14 Wizard" would typically order four grams of fentanyl about one to two times per week.  I

15 know, based on my training and experience, and my consolation with other agents

16 involved in drug cases, that these quantities over this time period are distribution-level

17 quantities of fentanyl.

18     16.    Further information obtained from CS1 showed at least nine recent

19 packages sent to Christina Wynn at 3024 112th Street East, Tacoma, Washington 98446.

20 CS1 told agents that all of those shipments contained fentanyl.

21     17.    Agents assumed CS1's identity on a dark web marketplace.  On or about

22 September 19, 2017, an HSI undercover agent ("UCA") acknowledged an order for six

23 grams of fentanyl and 250 milligrams of carfentanil to a person using the moniker

24 "Northwest Wizard."  The UCA communicated with Northwest Wizard via encrypted

25

26 ────────────

[4] CS1 provided information in the hope of receiving reduced charges or to avoid being charged at all.  CS1 was
27 involved in narcotics trafficking, and the Court should assume that CS1 had a drug problem, and a prior criminal
   history that involved acts of dishonesty.
28 [5] It appears that CS1 misspoke and meant "Northwest Wizard" because CS1 later showed orders with that moniker
   as opposed to "Northern Wizard."

Affidavit of Inspector Fishlin - 5
USAO# 2017R01011

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

messaging.  In the conversation, Northwest Wizard asked the UCA about a two-gram

shipment of fentanyl that was never received, and if she could order four grams more.

The UCA said he would do a custom order, replacing the two grams not yet received, and

adding four additional grams.  The UCA offered all six grams of fentanyl for $2,400, to

which Northwest Wizard agreed.  Northwest Wizard then asked if the UCA had any

carfentanil, while also providing the shipping address for the order as follows:

> Christina Wynn
> 1521 S. 55th St.
> Tacoma, WA 98408

18.     The UCA then told Northwest Wizard that he could supply 250 milligrams

of carfentanil for $400; $2,800 total for the whole order, and that it would be shipped in

one package.  Northwest Wizard then asked the UCA for a bitcoin wallet address to send

payment to, which the UCA provided.  On or about September 24, 2017, the UCA

informed Northwest Wizard of receipt of 0.7620481 bitcoin.  Northwest Wizard asked

the UCA to double package the order (one envelope folded inside another envelope), and

for the package to be sent overnight express.  The UCA told Northwest Wizard that he

had been having problems with United States Postal Service ("USPS") lately and that he

would mail the parcel on Monday (*i.e.*, September 25, 2017).

**E.     LINT's Facebook Page**

19.     As discussed below, agents conducted a controlled delivery of the package

that Northwest Wizard had ordered.  Prior to the delivery, agents conducted surveillance

of the residences associated with Northwest Wizard.  During surveillance, agents

observed multiple people, including Wynn and ALLEN LINT.

20.     On September 26, 2017, I located a Facebook profile under the name of

Allen Lint (Avvy).  The profile picture for the account was of a white male and two white

females.  The male strongly resembled LINT, and one of the females strongly resembled

Wynn.  Under the account details section was the text: "just a deadhead trying to make it

after serving federal prison time for LSD.  I am finishing my last 6 months in the custody

Affidavit of Inspector Fishlin - 6
USAO# 2017R01011

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  of halfway house hopefully to be on house arrest in Spokane in the next couple weeks.

2  Got my first visit home today and setup this facebook." I located a photograph of a

3  business card uploaded to the Facebook account on April 14, 2017. The card was in the

4  name of ALLEN LINT, with a title of "Bitcoin Investment Consultant." The card listed

5  several pieces of contact information, to include a Wickr profile of "northwestwizard"

6  and an e-mail address of "pinkavvy@hotmail.com", *i.e.*, the SUBJECT EMAIL

7  ACCOUNT.

8       21.    According to court records, LINT was sentenced to 66 months of

9  imprisonment and five years of supervised release on September 11, 2008, for

10 distribution of LSD. His term of supervised release expired in April 2017.

11 **F.**    **The Controlled Delivery and Search Warrant**

12      22.    On September 28, 2017, agents delivered a package of sham fentanyl and

13 carfentanil to 1521 S. 55th Street, Tacoma, Washington 98408. Agents then immediately

14 executed a federal search warrant at the premises.

15      23.    ALLEN LINT, Christina Wynn,[6] and others appeared to be residing in the

16 residence. Agents observed in the kitchen, as well as the dining table, devices and

17 material typically used in the distribution of controlled substances via the U.S. mail.

18 Specifically agents observed (1) an unknown suspected controlled substance in rock form

19 in a cellophane pouch, (2) an unknown suspected controlled substance in liquid form

20 contained in various vials, (3) a canister of methyl-sulfonyl-methane (frequently used as a

21 cutting agent for methamphetamine), (4) boxes of latex gloves, (5) a small scale, (6)

22 plastic bags of various sizes, (7) heat/vacuum sealing machine, (8) packing tape, (9)

23 unused USPS mail parcels/envelopes, (10) shipping labels, (11) a list of dozens of names

24 and addresses along with hand-written notes depicting amounts and types of controlled

25

26

27 [6] On November 9, 2017, police responded to 1521 S. 55th Street, Tacoma, Washington 98408, *i.e.*, the residence
referenced throughout this subsection. When law enforcement arrived at the residence, they learned that Christina
28 Wynn had died. ALLEN LINT and others were at the residence. Wynn's cause of death is has not been officially
determined by State of Washington authorities at this time.

Affidavit of Inspector Fishlin - 7
USAO# 2017R01011

1  substances next to each name, (12) and a trash can full of used packing materials, used

2  rolls of packing tape, used rubber gloves, and other trash.  Agents also located a business

3  card in the name of LINT, with a title of "Bitcoin Investment Consultant."  The card

4  listed several types of contact information, including a Wickr profile of

5  "northwestwizard" and an e-mail address of "pinkavvy@hotmail.com," i.e., the

6  SUBJECT EMAIL ACCOUNT.  This business card was the same business card seen on

7  LINT's Facebook page.

8       24.  Agents also discovered in the residence additional suspected controlled

9  substances; specifically, fentanyl, carfentanil, LSD, MDMA, psychedelic mushrooms,

10  black tar heroin, and other miscellaneous controlled substances.  U.S. currency and other

11  monetary instruments, as well as documentary evidence of controlled substances

12  trafficking, such as packaging materials, drug paraphernalia, scales, and ledgers

13  (customer lists), were also seized from the residence.

14       25.  ALLEN LINT was interviewed on the scene after he provided his written

15  consent and waiver of his constitutional rights to have an attorney present during

16  questioning.  LINT told agents that he was the dark web marketplace user named

17  "Northwest Wizard," and that he conducted purchases of controlled substances from

18  other dark web marketplace vendors and paid for them with bitcoin.  LINT stated he

19  purchased fentanyl on the Dream Market dark web market.  LINT also told agents that he

20  sold drugs at various music festivals.

21       26.  Agents asked LINT if he had bitcoins in a bitcoin wallet on his cellular

22  phone, to which LINT replied that he did.  A federal agent retrieved LINT's Samsung

23  Galaxy S6 (hereinafter "LINT's Galaxy S6") phone from the evidence custodian, and

24  asked LINT if he would unlock the phone using his thumbprint, to which LINT replied

25  that he would.  After LINT unlocked the phone, a federal agent browsed the applications

26  ("apps") on the phone.  A federal agent discovered the app Mycelium, which is a bitcoin

27  wallet app.  A federal agent asked LINT for permission to open the app, to which LINT

28  said yes.  A federal agent touched the Mycelium icon which opened the app to the

Affidavit of Inspector Fishlin - 8
USAO# 2017R01011

1  wallet's main balance screen.  A federal agent observed a bitcoin balance of 3.8357743

2  bitcoins, with a value at the time of $15,649.81.  LINT allowed agents to also view the

3  "transactions" screen, which showed dozens of transactions both inbound and outbound

4  from the bitcoin wallet.

5     27.    A variety of suspected controlled substances seized from LINT's residence

6  were submitted to the USPIS Forensic Laboratory for analysis.  At the time of this

7  writing, analysis of some of the evidence has been completed.  Laboratory analysis of the

8  cardstock showed that it contained LSD.  The net weight of this cardstock was

9  approximately 29.64 gram and contained and an estimated 3,683 doses.  Additional

10  cardstock was found to contain N, N-dimethyltryptamine, which is a Schedule I

11  controlled substance.  Finally, laboratory analysis of a blue tablet labeled "STP" was

12  found to contain MDMA and 4-chloro-2, 5-dimethoxyamphetamine ("DOC"), which are

13  Schedule I controlled substances.

14  **G.    Shipping Labels**

15     28.    During the search warrant, agents seized twenty-six printed USPS shipping

16  labels.  The return address on each of the labels listed "GR Wholesale Gifts" or "GR

17  Wholesale" with the same return address in Tacoma, Washington.  The labels were

18  addressed to people throughout the country.  Investigation revealed that the labels were

19  purchased via Stampnik.  Stampnik is a service that allows people to print shipping labels

20  from their home and pay with bitcoin.

21     29.    Stampnik records showed that all of the labels were part of multi-label

22  orders that were placed using the e-mail address "llamadaddy@protonmail.com."[7]  These

23  same records showed that the e-mail "llamadaddy@protonmail.com" was associated with

24  approximately 648 Stampnik shipping labels.  Significantly, each of these shipping labels

25  had a return address in Tacoma, Washington that was either fictitious or belonged to a

26  _____

27  [7] Based upon my training and experience, I know that ProtonMail is an encrypted e-mail service used by many

28  darkweb vendors, as it is based out of Switzerland with servers outside of the jurisdiction of the United States.

Affidavit of Inspector Fishlin - 9
USAO# 2017R01011

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  closed business.  These labels had return shipping addresses from various closed or

2  fictitious businesses in Tacoma, Washington, and were addressed to individuals

3  throughout the United States.

4         30.    As noted above, during the execution of the search warrant, law

5  enforcement seized a ledger that contained names, addresses, and quantities of controlled

6  substances believed to have been shipped to customers.  This ledger contained

7  approximately 114 names and addresses.  This ledger contained approximately 114

8  names and addresses.  Stampnik records showed that the account

9  "llamadaddy@protonmail.com" was used to purchase and create shipping labels

10 addressed to each of the 114 names on the ledger.

11        31.    Stampnik records included USPS labels allegedly sent by US Gold and

12 Collectables [sic] with at least two different return addresses.  One of the return addresses

13 associated with these Stampnik labels was 3024 112th St E, Tacoma, Washington.

14 During surveillance preceding the execution of the search warrant, a law enforcement

15 officer had seen a person resembling LINT at this address.  Furthermore, according to

16 Washington State Department of Licensing records, LINT listed this as his home address

17 on his driver's license.

18 **H.    Identification of LINT's customer A.P.**

19        32.    As discussed above, a ledger seized from LINT's residence contained the

20 names and addresses of 114 of LINT's suspected customers.  One of the individuals

21 listed on the ledger was "A.P."  The phrase "10, 1st class" appeared above A.P's name

22 and address.  Stampnik records show that on August 14, 2017, user

23 "llamadaddy@protonmail.com" ordered postage for a shipment from US Gold And

24 Collectables [sic] to A.P. in Alabama.

25        33.    On or about October 20, 2017, Army CID executed a warrant at A.P.'s

26 residence in Alabama.  The warrant resulted in the discovery of marijuana, cannabidiol

27 oil, and marijuana edibles.  Also seized from the residence was an Apple iPhone.

28

1    34.    A search warrant was subsequently obtained to search the Apple iPhone.

2   Analysis of the iPhone revealed text messages with another subject regarding controlled

3   substances sold by "llamadaddy." One text message from G.C. included the text

4   "Llamadaddy is back from vacay and he's got some awesome new stuff." The text

5   message included a screenshot of a listing by llamadaddy offering LSD for sale on the

6   Dream Market dark web marketplace. The first line of the product description was

7   "300ug White on White Unperf FAMILY LSD!!!" The screenshot showed llamadaddy

8   had 1,600 reviews with a 4.95 out of 5 rating. The image for the product was a skull

9   filled with a flower, which appeared to be a variation of a logo for the band The Grateful

10   Dead.

11    35.    Another text message from G.C. included a screenshot of the terms and

12   conditions section for a profile that, based upon my training and experience, I recognized

13   as the terms and conditions section for Dream Market. The terms and conditions seen in

14   the screenshot include the text, "incase dream goes down: llamadaddy@protonmai.com,"

15   and "If you want to check tracking, please make sure it has been at least 7 days since you

16   ordered and send me a message or preferable an email at llamadaddy@protonmail.com

17   with your order info and shipping info and I will check your tracking asap and get back to

18   you. thanks!"

19   **I.    llamadaddy Dream Market Profile**

20    36.    On November 22, 2017, I navigated to Grams, which is a search engine on

21   the dark web. I conducted an InfoDesk query for llamadaddy. The query revealed

22   llamadaddy was a vendor on Dream Market.[8] In addition, the query showed the Pretty

23   Good Privacy ("PGP") public key for llamadaddy.

24    37.    Based upon my training and experience, I know that PGP is used on dark

25   web markets to encrypt communications between vendors and customers. When a

26   customer orders from a vendor or sends a vendor a message on a dark web market, that

27

28   _____

[8] InfoDesk is a collector of dark web vendor identities.

Affidavit of Inspector Fishlin - 11
USAO# 2017R01011

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  information may be stored in the marketplace's database.  Given concerns that the

2  marketplace server may be hacked or seized by law enforcement, vendors and customers

3  often communicate via PGP encrypted devices to address this security problem.

4      38.  A vendor has both a PGP private key and a public key.  A customer can use

5  the vendor's public key to encrypt a message.  The vendor then uses their private key to

6  decrypt the message.  Vendors keep their private key secure but not their public key,

7  which they put on their profile.  This is done so customers may use a vendor's PGP

8  public key to encrypt data sent to the vendor, such as the customer's name and address.

9  Only the corresponding PGP private key, held by the vendor, can decrypt the data.

10      39.  I subsequently reviewed a screenshot of the PGP public key for Northwest

11  Wizard, which had been taken by an HSI UCA when the UCA accepted an order from

12  Northwest Wizard on Dream Market.  I compared the PGP public keys for Northwest

13  Wizard and llamadaddy.  The PGP public key for both accounts matched, which meant

14  they were controlled by the same person or persons.[9]

15      40.  On December 13, 2017, I reviewed the Facebook profile under the name of

16  "Allen Lint (Avvy)."  I located a photograph of LINT in which a tattoo can be seen on his

17  chest.  The tattoo is of the lightning skull logo, with wings, and the word "FAMILY"

18  above the skull.  The lightning skull logo is cover art from an album by The Grateful

19  Dead.  The tattoo resembled the image for product sold by llamadaddy on Dream Market,

20  as seen on the Apple iPhone recovered from A.P.'s home.

21      41.  On February 2, 2018, I located the llamadaddy vendor account on Dream

22  Market dark web website.  The llamadaddy account showed a status of "on vacation"

23  with a last active date of September 29, 2017.  It should be noted this was one day after

24  the search warrant was executed at LINT's residence.  Dream Market showed

25

26

27  [9] It is unknown for what period of time the Northwest Wizard and llamadaddy accounts shared the same PGP keys. However, based upon investigation in this case, I know that the llamadaddy account used at least one different PGP

28  key.  Specifically, on February 2, 2018, I visited the llamadaddy account.  At that time, a different PGP key was associated with the account than the one referenced in the above paragraph.

Affidavit of Inspector Fishlin - 12
USAO# 2017R01011

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   llamadaddy had joined the market on May 23, 2016.  The llamadaddy account had 1,700

2   reviews with a 4.93 out of 5 rating.  Due to my experience, I know that a review is

3   generally associated with an order, suggesting that llamadaddy had fulfilled 1,700 orders

4   in approximately a sixteen-month period.  The profile picture for the account was of a

5   llama.[10]

6          42.    The llamadaddy account had three pages of product listings on the Dream

7   Market.  I was able to review the first page of product listings.  The products included

8   LSD, MDMA, and cannabis.  The listings by llamadaddy on Dream Market showed the

9   products would be shipped via USPS.

10         43.    The LSD listings included a product image of a skull filled with a flower,

11  which appeared to be a variation of a logo for the band The Grateful Dead.  This was the

12  same logo associated with the llamadaddy listing found on A.P.'s Apple iPhone.  A

13  listing by llamadaddy for Starburst Crush high grade cannabis included the product

14  description "Grown in greenhouse in the Pacific Northwest.  Organic and flushed well.

15  Tastes great and very good high."

16         44.    Another listing was for 1 x 4mg STP ACID Microdot Barrel (DOM), which

17  included an image of tablets labeled "STP."  The photograph for the listing was a pile of

18  blue and pink tablets on a white surface labeled "STP."  The first sentence of the product

19  description was "STP is a type of "acid" that has a rich history in the psychedelic world."

20  It should be noted that tablets labeled "STP" were recovered during the execution of the

21  search warrant at LINT's residence in September 2017.  As noted, these tablets were

22  found to contain MDMA and DOC.

23  **J.     Search of LINT's Galaxy S6**

24         45.    On January 17, 2018, a federal search warrant was obtained authorizing the

25  search of two cell phones that were seized from LINT's residence in September 2017.

26

27  ─────────────────

28  [10] On LINT's Facebook page, there is a photograph that was uploaded on December 21, 2015, in which LINT is
    wearing a shirt with the word "llama."

Affidavit of Inspector Fishlin - 13
USAO# 2017R01011

1 | One of the phones was LINT's Galaxy S6 that he had unlocked and showed agents.

2 | 46. During review of LINT's Galaxy S6, numerous text messages were located

3 | which related to the dark web and the sale of narcotics thereon. For example, the phone

4 | included the saved contact "Likia Macaffee." The number associated with this contact

5 | was (XXX) XXX-4366 (hereinafter "MACAFFEE PHONE"). I observed the following

6 | text message sent to MACAFFEE PHONE on December 13, 2016 (all times in Pacific

7 | Time):

| 8  | LINT's Galaxy S6: | 11:38 AM "I have lsd on blotter, in water, and in |
| 9  | | alcohol. And i have barn grown cyanescens |
| 10 | | mushrooms. Also have DOM aka STP. Also 2c-T-7. |
| 11 | | Also mecaline hcl. Lots of others too" |

12 | 47. I observed the following exchange with an unnamed contact at number

13 | (XXX) XXX-2095 ("hereinafter "UNNAMED CONTACT") on January 14, 2017:

| 14 | UNNAMED CONTACT: | 4:53 PM "Fwd: Vial of the best tasteless liquid lsd. |
| 15 | | And an oz of mdma. I want the same 1 as last time or |
| 16 | | same quality please dnt wana go bak to selling that |
| 17 | | powder he" |
| 18 | UNNAMED CONTACT: | 4:53 PM "Fwd: gave me. The rock mdma is choice. |
| 19 | | Great feedback" |
| 20 | UNNAMED CONTACT: | 5:06 PM "HI wiz. What do you have available? You |
| 21 | | haven't had any ketamine. If and when you get any |
| 22 | | please let me know. Those texts I forwarded to you are |
| 23 | | from my kid" |
| 24 | LINT's Galaxy S6: | 5:43 PM "I have the good tasteless needlepoint lsd in |
| 25 | | stock in water, alcohol, or blotter. Also have the old |
| 26 | | metallic tasting silver LSD in alcohol or blotter. I'm |
| 27 | | about to make an order for some of that good Rocky |
| 28 | | MDMA from my same dude that sent the last time to |

Affidavit of Inspector Fishlin - 14
USAO# 2017R01011

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1                    you guys Direct. Can get k from him too. I'll check

2                    prices and let you know"

3    UNNAMED CONTACT:  5:50 PM "Thanks wiz"

4      48.    The phone also contained the name "Josh K."  The number associated with

5 the contact was (XXX) XXX-3301 (hereinafter "JOSH PHONE").  I observed the

6 following text messages sent to JOSH PHONE on March 2, 2017:

7    LINT's Galaxy S6:       2:37 PM "I've been selling online and got people who

8                                  order lbs of weed and 5 packs here and here, lbs of oil

9                                  occasionally too. If you're willing to seal and ship a lb

10                                 here and there to an address I send you, that would be

11                                 awesome.  I could just send you the order and address

12                                 and pay you directly and you can ship it directly

13                                 instead of me needing to go down to Oregon and pick

14                                 something up and then shipping it or somebody

15                                 bringing something and shipping it"

16    LINT's Galaxy S6:       2:40 PM "All darknet and secure lol"

17      49.    I observed the following exchange between the LINT's Galaxy S6 and the

18 MACAFFEE PHONE on July 21, 2017:

19    LINT's Galaxy S6:       10:06 PM "See what's happening online?  Darknet

20                                 markets takedown"

21    MACAFFEE PHONE:   10:06 PM "No, was it in the news? What were they

22                                 doing?"

23    MACAFFEE PHONE:   10:07 PM "Will that effect you?"

24    LINT's Galaxy S6:       10:10 PM "Yes"

25    MACAFFEE PHONE:   10:10 PM "That's scary"

26

27

28

| | | |
|---|---|---|
| 1 | MACAFFEE PHONE: | 10:11 PM "Did you use Alpha Bay?"[11] |
| 2 | LINT's Galaxy S6: | 10:12 PM "No but dream" |
| 3 | LINT's Galaxy S6: | 10:12 PM "It is not down but there is speculation |
| 4 | | about it being compromised" |
| 5 | MACAFFEE PHONE: | 10:13 PM "What happens next? Are there any |
| 6 | | effective counter methods?" |
| 7 | LINT's Galaxy S6: | 10:14 PM "Don't know" |
| 8 | MACAFFEE PHONE: | 10:17 PM "How serious is this for you?" |
| 9 | LINT's Galaxy S6: | 10:24 PM "Don't know yet.  99% of income" |

50.    I observed the following exchange between LINT's Galaxy S6 and MACAFFEE PHONE on September 14, 2017:

| | | |
|---|---|---|
| | MACAFFEE PHONE: | 3:14 PM "Hi love, is there a tracking number for Elias' package? He just checked the PO Box and it's not there. He is leaving tomorrow and needs to figure out how" |
| | LINT's Galaxy S6: | 3:17 PM "I thought he was leaving Saturday? I'll be home in about an hour and I'll look up tracking" |
| | MACAFFEE PHONE: | 3:18 PM "Nope, he comes home tomorrow" |
| | LINT's Galaxy S6: | 3:19 PM "Hopefully he gets it before he leaves it takes a few days to get to alaska even express. They said it would be either today or tomorrow" |
| | MACAFFEE PHONE: | 3:21 PM "Oh shoot. I thought you said wed/thurs. Hmmm. Not sure what to do. Ok, I'll let him know. Thank love, xoxo" |

---

[11] Based upon my training and experience, I know that AlphaBay was a website on the dark web that offered drugs and other contraband for sale.  Furthermore, I know that AlphaBay was seized by U.S. law enforcement in early July 2017 and that the specifics of the seizure were released to the public on or about July 20, 2017.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | LINT's Galaxy S6: | 4:17 PM "Hmm its looking like it didn't even start |
| 2 | | moving until the next day tho when I bought the |
| 3 | | postage they said that the days express hadn't gone it |
| 4 | | yet :/ but its saying tomorrow" |
| 5 | LINT's Galaxy S6: | 4:18 PM "9205590175547700026861225" |
| 6 | MACAFFEE PHONE: | 4:32 PM "Ok thanks for checking :) Is the return |
| 7 | | address any good?" |
| 8 | MACAFFEE PHONE: | 4:32 PM "What exactly is in the box?" |
| 9 | LINT's Galaxy S6: | 4:34 PM "No the return address is to a random store" |
| 10 | LINT's Galaxy S6: | 4:34 PM "7g clear, 2oz mushrooms" |
| 11 | MACAFFEE PHONE: | 4:43 PM "Oh good, I think can get rid of that in an |
| 12 | | hour or two and make it to the plane no problem :)" |
| 13 | MACAFFEE PHONE: | 4:43 PM "Problem solved :)" |
| 14 | MACAFFEE PHONE: | 4:43 PM "*he can" |
| 15 | LINT's Galaxy S6: | 4:45 PM "Awesome ;)" |

51. Stampnik records showed that the label mentioned above, 9205590175547700026861225, was one of the labels ordered by llamadaddy@protonmail.com. Stampnik records showed the label was addressed from HH Gifts, 3109 6th Avenue, Tacoma, Washington to Elias Nelson, PO Box 449, Yakutat, Alaska. Based upon an open source search, I was not able to locate the business "HH Gifts" in the State of Washington.

52. In addition to the above note text messages, law enforcement recovered from LINT's Galaxy S6 a digital photograph of a pile of blue and pink tablets on a white surface labeled "STP." Metadata associated with the photograph shows that it was taken on March 2, 2017, and that the device used to take the photograph was a Samsung Galaxy S6. Additionally, a minute after the picture was taken, LINT's Galaxy S6 sent a message to "pinkavvy@hotmail.com" with the photograph as an attachment. The email address

Affidavit of Inspector Fishlin - 17
USAO# 2017R01011

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  "pinkavvy@hotmail.com" was the e-mail address on the business card in LINT's name

2  that was found during the search of his residence in September 2017.

3      53.    As can be seen below, this photograph matches the photograph used for the

4  llamadadddy listing of STP ACID Microdot Barrel (DOM) on Dream Market:

5  Photograph from LINT's Galaxy S6:



Photograph from Dream Market llamadadddy listing:



**K.     Public Storage Unit**

54.     On December 1, 2017, I learned that the Pierce County Sheriff's Office had been contacted by a concerned citizen who had purchased an auctioned storage unit from Public Storage in Puyallup, Washington.  Upon reviewing the contents of the unit, the citizen found suspected controlled substances and documents in the name of LINT.  The citizen subsequently contacted the Pierce County Sheriff's Office and provided Deputy Nordstrom with the contents of the storage unit.

55.     On December 4, 2017, I retrieved the storage unit contents from Deputy Nordstrom.  I transported the items to the USPIS Seattle Division Headquarters and secured them within the evidence vault.  Among the items obtained from the storage unit were several suspected controlled substance, including LSD.  In addition, there were several documents in the name of LINT with an address of 2359 Franklin Ave E Unit A, Seattle, WA.

56.     Several documents recovered from the storage unit in LINT's name were submitted to the HSI Forensic Laboratory for latent print evidence.  Eighteen latent finger impressions of comparative value were developed.  A comparison of the latent finger impressions versus the known print impressions of LINT was completed.  Fifteen of the latent finger impressions developed have been identified as the fingerprints of LINT.

57.     Plastic wrappings in which suspected LSD was found were also submitted to the HSI Forensic Laboratory for latent print evidence.  Nine latent finger impressions of comparative value were developed.  A comparison of the latent finger impressions versus the known print impressions of LINT was completed.  Eight of the latent finger impressions developed have been identified as the fingerprints of LINT.

## NATURE OF DOCUMENTS SOUGHT

58.     In my training and experience, I have learned that Microsoft provides a variety of on-line services, including email access, to the general public.  Microsoft allows subscribers to obtain email accounts online, like the email account listed in Attachment A.  Subscribers obtain an account by registering with Microsoft.

Affidavit of Inspector Fishlin - 19
USAO# 2017R01011

59.     During the registration process, Microsoft asks subscribers to provide basic personal information.  Therefore, the computers of Microsoft are likely to contain stored electronic communications (including retrieved and unretrieved email for Microsoft subscribers) and information concerning subscribers and their use of Microsoft services, such as account access information, email transaction information, and account application information.  In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

60.     In general, an email that is sent to a Hotmail subscriber is stored in the subscriber's "mail box" on Microsoft's servers until the subscriber deletes the email.  If the subscriber does not delete the message, the message can remain on Microsoft's servers indefinitely.  Even if the subscriber deletes the email, it may continue to be available on Microsoft's servers for a certain period of time.

61.     When the subscriber sends an email, it is initiated at the user's computer, transferred via the Internet to Microsoft's servers, and then transmitted to its end destination.  Microsoft often saves a copy of the email sent.  Unless the sender of the email specifically deletes the email from the Microsoft server, the email can remain on the system indefinitely.  Even if the sender deletes the email, it may continue to be available on Microsoft's servers for a certain period of time.

62.     A sent or received email typically includes the content of the message, source and destination addresses, the date and time at which the email was sent, and the size and length of the email.  If an email user writes a draft message but does not send it, that message may also be saved by Microsoft but may not include all of these categories of data.

63.     A Microsoft subscriber can also store files, including emails, address books, contact or buddy lists, calendar data, photographs, and other files, on servers maintained and/or owned by Microsoft.  In my training and experience, evidence of who was using an email account may be found in address books, contact or buddy lists, email

Affidavit of Inspector Fishlin - 20
USAO# 2017R01011

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  in the account, attachments to emails, including photographs and files, and photographs
2  and files stored in relation to the account.

3          64.   Subscribers to Hotmail might not store on their home computers copies of
4  the emails stored in their Hotmail account. This is particularly true when they access
5  their Hotmail account through the web, or if they do not wish to maintain particular
6  emails or files in their residence.

7          65.   In general, email providers like Microsoft ask each of their subscribers to
8  provide certain personal identifying information when registering for an email account.
9  This information can include the subscriber's full name, physical address, telephone
10  numbers and other identifiers, alternative email addresses, and, for paying subscribers,
11  means and source of payment (including any credit or bank account number). In my
12  training and experience, such information may constitute evidence of the crimes under
13  investigation because the information can be used to identify the account's user or users.

14          66.   Email providers typically retain certain transactional information about the
15  creation and use of each account on their systems. This information can include the date
16  on which the account was created, the length of service, records of log-in (i.e., session)
17  times and durations, the types of service utilized, the status of the account (including
18  whether the account is inactive or closed), the methods used to connect to the account
19  (such as logging into the account via Microsoft's website), and other log files that reflect
20  usage of the account. In addition, email providers often have records of the Internet
21  Protocol address ("IP address") used to register the account and the IP addresses
22  associated with particular logins to the account. Because every device that connects to
23  the Internet must use an IP address, IP address information can help to identify which
24  computers or other devices were used to access the email account.

25          67.   In some cases, email account users will communicate directly with an email
26  service provider about issues relating to the account, such as technical problems, billing
27  inquiries, or complaints from other users. Email providers typically retain records about
28  such communications, including records of contacts between the user and the provider's

Affidavit of Inspector Fishlin - 21
USAO# 2017R01011

1  support services, as well records of any actions taken by the provider or user as a result of

2  the communications.  In my training and experience, such information may constitute

3  evidence of the crimes under investigation because the information can be used to

4  identify the account's user or users.

5  **INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

6        68.    I anticipate executing this warrant under the Electronic Communications

7  Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by

8  using the warrant to require Microsoft to disclose to the government copies of the records

9  and other information (including the content of communications) particularly described in

10 Section I of Attachment B.  Upon receipt of the information described in Section I of

11 Attachment B, government-authorized persons will review that information to locate the

12 items described in Section II of Attachment B.

13 //

14 //

15 //

16

17

18

19

20

21

22

23

24

25

26

27

28

Affidavit of Inspector Fishlin - 22
USAO# 2017R01011

## **CONCLUSION**

69.     Based on the forgoing, I request that the Court issue the proposed search warrant.  This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that - has jurisdiction over the offense being investigated."  18 U.S.C. § 2711(3)(A)(I).  Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  Accordingly, by this Affidavit and Warrant I seek authority for the government to search all of the items specified in Section I, Attachment B (attached hereto and incorporated by reference herein) to the Warrant, and specifically to seize all of the data, documents and records that are identified in Section II to the same Attachment.

Michael Fischlin, Affiant
Inspector, USPIS


The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit on 4/m day of April, 2018.

J. RICHARD CREATURA
United States Magistrate Judge

Affidavit of Inspector Fishlin - 23
USAO# 2017R01011

## **ATTACHMENT A**
## **Account to be Searched**

The electronically stored data, information and communications contained in, related to, and associated with, including all preserved data associated with the Hotmail account:

> pinkavvy@hotmail.com

as well as all other subscriber and log records associated with the account, which are located at premises owned, maintained, controlled or operated by Microsoft Corporation, an e-mail provider headquartered at Redmond, Washington.

ATTACHMENT A  - 1
ITEMS TO BE SEIZED
USAO# 2017R01011

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT B

**Section I - Information to be disclosed by Microsoft Corporation, for search:**

To the extent that the information described in Attachment A is within the possession, custody, or control of Microsoft Corporation ("Microsoft"), including any e-mails, records, files, logs, or information that has been deleted but is still available to Microsoft, it is required to disclose the following information to the government for account or identifier listed in Attachment A:

a. The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. The types of service utilized;

d. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

**Section II  - Information to be seized by the government**

All information described above in Section I that constitutes evidence of violations of Title 21, United States Code, Section 841(a)(1), that is, for the account or identifier listed on Attachment A, information pertaining to the following matters:

ATTACHMENT B  - 1
ITEMS TO BE SEIZED
USAO# 2017R01011

a. All documents pertaining to the dark web, including Dream Market.

b. All documents relating to controlled substances.

c. All documents pertaining to "Northwest Wizard" (or spelling variants thereof) or ""llamadaddy" (or spelling variants thereof).

d. All documents pertaining to "llamadaddy@protonmail.com"

e. Any records or information that may identify bank accounts or other financial account controlled by Allen Lint.

f. Any records or information pertaining to digital currency, such as wallets, addresses, seed phrases, etc

g. All documents pertaining to the distribution of narcotics to include but not limited to USPS tracking numbers, names, addresses, etc

h. All subscriber records associated with the specified account, including name, address, local and long distance telephone connection records, or records of session times and durations, length of service (including start date) and types of service utilized, telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address, and means and source of payment for such service) including any credit card or bank account number.

i. any and all other log records, including IP address captures, associated with the specified account.

j. any records of communications between Microsoft, and any person about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users about the specified account. This to include records of contacts between the subscriber and the provider's support services, as well as records of any actions taken by the provider or subscriber as a result of the communications.

ATTACHMENT B - 2
ITEMS TO BE SEIZED
USAO# 2017R01011

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970